George Herbener v. Adolph Deutsch. Edith Faurie v. Harry Lazelle.— Motions granted, with ten dollars costs.

In the Matter of Edmund Dwight.— Motion denied.

John Collins v. The City of New York. Thomas Robb v. The City of New York. Solomon L. Cohen v. Morris European and American Express Company. Franklin Matthews v. Victor Hotel Company (2 cases).— Applications granted.

The People of the State of New York v. Eli Cohen.— Motion granted. Order to be settled on notice.

Samuel Goldstein v. Herman T. Mendelsohn.— Motion granted. Order to be settled on notice.

Nathan Goldstein v. Empire State Surety Company. S. Morrill Banner v. Rock Island Improvement Company (2 cases). Matthew Crowley v. Jacob Meurer. Martha E. Baum v. Isidor Harris. Mary A. Norton v. Matthias Kull. Sarah E. Lodewick v. Ernest A. Turner (2 cases). Harry Schramm v. Fuller-Burr Company. Frank M. Howe v. Mary Regensburg.— Applications denied, with ten dollars costs in each case.

Francis G. Neale, Incorporated, v. Hudson Companies. In the Matter of William H. Allen.— Motions denied, with ten dollars costs.

The City of New York v. Morton H. G. Foster. Allan MacDonnell v. Bernard McConville. Belle Wooding v. William B. Thom. Le Roy F. Hovey v. De Long Hook and Eye Company. Le Roy F. Hovey v. Thomas D. Richardson.— Motions for leave to go to Court of Appeals granted.

Jane A. Cooper v. Bronx Gas Company. Emma Kempner v. Leopoldo Barrenechea. William P. Furniss v. Sophia R. C. Furniss. George L. Robinson v. George G. Battle.— Motions denied, with ten dollars costs.

Antonetta Faggelle v. Ætna Importing Company.— Application denied, with ten dollars costs.

Royal Live Fish Company v. Central Fish Company.— Motion denied, with ten dollars costs.

In the Matter of Rollin Tracy.— Motion granted. Order to be settled on notice.